# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| VALERIY KOUZNETSOV | ) | Case No. | 1:25-MJ-398 |
| | ) | | |
| | ) | **UNDER SEAL** | |
| | ) | | |
| | ) | | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___02/14/2025 through 05/15/2025___ in the city/county of ___Fairfax County___
in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S. Code, § 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT, incorporated herein by this reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA Lauren Halper
_____
*Printed name and title*

*Hunter Howard*
*Complainant's signature*

USSS Special Agent Hunter Howard
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

___telephone___ *(specify reliable electronic means)*.

Date: ___06/27/2025___

Digitally signed by John F. Anderson
John F. Anderson Date: 2025.06.27 15:49:34 -04'00'
*Judge's signature*

City and state: ___Alexandria, Virginia___

The Hon. John F. Anderson U.S. Magistrate Judge
*Printed name and title*