IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VALERIY KOUZNETSOV,<br><br>*Defendant*. | Case No. 1:25-MJ-398<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Hunter Howard, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the United States Secret Service (USSS) and have been so employed since June 3, 2023. Prior to joining the USSS, I graduated from three federal law enforcement academies, where I received extensive training in United States Code and District of Columbia Code, criminal investigations, and the examination of evidence. Between January 2020 and June 2023, I worked as a member of the USSS Uniformed Division (UD), at the White House Branch. I hold a Bachelor of Arts degree in Political Science from Davidson College and a Master of Arts degree in International Security from George Mason University. I have participated in dozens of criminal investigations, including investigations involving threats against the President and threats of violence communicated over the internet. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

1

2.      The facts in this affidavit come from my personal knowledge and observations, communications with others who have personal knowledge of the events and circumstances described herein, and my training and experience. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging Valeriy KOUZNETSOV with transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of 18 U.S.C. § 875(c) (threatening interstate communications).

## PROBABLE CAUSE

**A.  X user @VVKTsar threatened to injure and kill the President of the United States.**

4.      On or about April 17, 2025, USSS became aware that an individual with username @VVKTsar and display name Val Kouznetsov posted multiple threatening statements on the social media platform "X" (formerly Twitter). Specifically, on April 17, 2025, @VVKTsar (later identified as KOUZNETSOV) threatened to murder President Donald Trump.



5. Further review of public posts made by @VVKTsar on X between at least February 14, 2025, and May 15, 2025, revealed additional threats to injure and kill President Trump. For example, on March 28, 2025, @VVKTsar posted the following public messages:

[1]



---

[1] I believe "7/13" is in reference to July 13, 2024, when an individual attempted to assassinate President Trump at a campaign rally in Butler, Pennsylvania.

6. On April 14, 2025, @VVKTsar posted the following public message:



7. On April 19, 2025, @VVKTsar posted the following public message:



8. My review of the @VVKTsar X account revealed other threatening posts related to President Trump and other members of the U.S. government. The above screenshots are a representative sample of the threatening posts that I observed.

---

[2] In my review of the @VVKTsar X account's public posts, I observed multiple occasions when @VVKTsar used the word "chump" to refer to President Trump. For example, on March 23, 2025, @VVKTsar tagged @realDonaldTrump in the message: "I want to see blood everywhere in my fucking America. Chump don't disappoint all agencies and military[.]"

### B. KOUZNETSOV is the user of the @VVKTsar X Account.

9. According to records obtained from X, the subscriber email address for the @VVKTsar account is valvkouznetsov@gmail.com. The X records also showed the @VVKTsar account was created from IP address 72.157.222.30. IP address 72.157.222.30 resolves to Reston, Virginia, in the Eastern District of Virginia.

10. According to records obtained from Google, email account valvkouznetsov@gmail.com has a subscriber name of Val Kouznetsov with recent IP logins in Reston, Virginia. The IP logins occurred at approximately the same times that the threatening X posts were made.

11. A search of public and law enforcement databases revealed that Valeriy Kouznetsov has two former addresses in Reston, Virginia. Databases showed Kouznetsov moved to South Carolina on or about May 15, 2025.

12. On or about June 18, 2025, I interviewed two of the defendant's family members, who confirmed the defendant lived in Reston, Virginia from approximately December 2024 through May 15, 2025.

13. Law enforcement databases also revealed that since approximately July 2020, KOUZNETSOV has been the subject of multiple USSS investigations related to threats he made against the President. For example,

    a. On or about July 12, 2020, KOUZNETSOV jumped the back racks along Pennsylvania Ave and ran toward the main entrance of the Trump International Hotel in Washington, DC. KOUZNETSOV was stopped by security and stated he was going to kill President Donald Trump by stabbing him in the heart, cutting off

5

      his head, and blowing up the hotel. Additionally, KOUZNETSOV stated he would like to take First Lady Melania Trump as his wife.

   b. On or about July 16, 2020, local police in Maryland reported KOUZNETSOV threatened to kill President Trump in a clothing store and stated he would return to the store with an assault rifle.

14. I also learned that KOUZNETSOV has a prior conviction for making threats to injure the President. On or about October 21, 2020, KOUZNETSOV was indicted in the District of Columbia for multiple charges related to threats against President Trump. *See United States v. Valeriy Kouznetsov*, 1:20-cr-228, Dkt 1 (Indictment) (D.D.C., Oct 21, 2020). Count 1 of the Indictment alleged KOUZNETSOV had knowingly and willfully threatened to harm President Trump by "stating, in part, he was 'coming to kill the President,' that he was going to 'stab him in the heart with a knife,' that he would take the President's life if he wasn't given the keys to the Trump Hotel, and that he would cut off the President's head if he wasn't given what was owed to him." KOUZNETSOV pleaded guilty to Count 1 of the Indictment, threatening to kill and injure the President of the United States, in violation of 18 U.S.C. § 871(a), and was sentenced to 27 months in prison, followed by 36 months of supervised release. A condition of KOUZNETSOV's supervised release included a White House Stay Away order.

15. On or about April 4, 2023, KOUZNETSOV approached USSS UD officers outside of the White House and stated he was there to meet with the Director of the FBI and claimed the meeting was arranged by President Joseph Biden. KOUZNETSOV was subsequently arrested for possession of a controlled substance and a probation violation related to his October 2020 threats case in the District of Columbia. On April 11, 2023, he was found in

violation of his supervised release and sentenced to 12 months and 1 day of incarceration followed by a term of 24 months of supervised release.

16. Based on the results of the investigation of the posts made on X by @VVKTsar, and the attribution of the account to KOUZNETSOV, USSS contacted the U.S. Probation Office for the District of Columbia, who confirmed the Reston and South Carolina addresses for KOUZNETSOV. The District of Columbia subsequently issued a probation violation for KOUZNETSOV. On or about June 3, 2025, KOUZNETSOV was arrested in South Carolina and transported to Washington, D.C.

## CONCLUSION

17. Based on the foregoing, I submit there is probable cause to believe that between on or about February 14, 2025, and on or about May 15, 2025, in the Eastern District of Virginia, KOUZNETSOV transmitted in interstate or foreign commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

*Hunter Howard*

Special Agent Hunter Howard
United States Secret Service

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on June 27, 2025:

John F. Anderson
Digitally signed by John F. Anderson
Date: 2025.06.27 15:48:28 -04'00'

The Honorable John F. Anderson
United States Magistrate Judge
Alexandria, Virginia