# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VALERIY KOUZNETSOV,<br><br>*Defendant*. | Case No. 1:25-CR-271<br><br>Count 1: 18 U.S.C. § 871<br>(Threats Against the President)<br><br>Counts 2-3: 18 U.S.C. § 875(c)<br>(Threatening Interstate Communications) |

## **INDICTMENT**

September 2025 Term—at Alexandria, Virginia

**Count One**
**(Threats Against the President)**

THE GRAND JURY CHARGES THAT:

On or about April 17, 2025, in the Eastern District of Virginia, the defendant, VALERIY KOUZNETSOV, did knowingly and willfully make a true threat to inflict bodily harm upon, and to take the life of, the President of the United States, Donald J. Trump, by posting on the social media application X a threat to kill the President.

(All in violation of Title 18, U.S. Code, Section 871.)

## Count Two
### (Threatening Interstate Communications)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 17, 2025, in the Eastern District of Virginia and elsewhere, the defendant, VALERIY KOUZNETSOV, intending to make a threat and knowing that the communication would be viewed as a threat, did transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, to wit: a post on the internet-based social media application X threatening to injure and kill President Donald J. Trump.

(All in violation of Title 18, U.S. Code, Section 875(c).)

## Count Three
### (Threatening Interstate Communications)

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 19, 2025, in the Eastern District of Virginia and elsewhere, the defendant, VALERIY KOUZNETSOV, intending to make a threat and knowing that the communication would be viewed as a threat, did transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, to wit: a post on the internet-based social media application X threatening to injure and kill President Donald J. Trump.

(All in violation of Title 18, U.S. Code, Section 875(c).)

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Lindsey Halligan
United States Attorney

By: *Lauren Halper* (signature)
Lauren Halper
Assistant United States Attorney